CECELIA OWENS, Appellant, v. ULYS OWENS, Respondent.— In an action for separation on the grounds of cruel and inhuman treatment and abandonment, judgment dismissing the complaint modified on the facts by striking from the second ordering paragraph the figure "$250.00", and by inserting in lieu thereof the figure "$600.00." As so modified, the judgment, insofar as appealed from, is unanimously affirmed, without costs. The allowance of a $250 counsel fee to plaintiff was, under the circumstances herein, insufficient.

Appeal from findings of fact and conclusions of law, and from failure to find plaintiff's proposed findings of fact, dismissed, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.